# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2014

## NO. 03-13-00786-CR

**Gilbert Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed

a motion to dismiss the appeal. The Court grants the motion and dismisses the appeal. Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.